**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

CASE NO. **00-6005** CR-DIMITROULEAS

21 U.S.C. 846
21 U.S.C. 841 (a)(1)
18 U.S.C. 2

**MAGISTRATE** JUDGE

UNITED STATES OF AMERICA,          )
                                   )
                    Plaintiff,     )
                                   )
v.                                 )
                                   )
FREDDIE PINCKNEY                   )
                                   )
                    Defendant.     )
_____)

FILED by _____ D.C.

JAN 13 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

## INDICTMENT

The Grand Jury charges that:

### COUNT I

From on or about August 4, 1999, through on or about August 13, 1999, in Broward

County, in the Southern District of Florida, the defendant,

**FREDDIE PINCKNEY**,

did knowingly and intentionally combine, conspire, confederate, and agree with  persons unknown

to the Grand Jury, to possess with intent to distribute a Schedule II controlled substance, that is, a

mixture and substance containing a detectable amount of cocaine base, commonly known as "crack"

cocaine, in violation of Title 21, United States Code, Section 841 (a)(1).

All in violation of Title 21, United States Code, Section 846.

## COUNT II

On or about August 4, 1999, in Broward County, in the Southern District of Florida, the defendant,

**FREDDIE PINCKNEY,**

did knowingly and intentionally possess with intent to distribute a Schedule II controlled substance, that is, a mixture and substance containing a detectable amount of cocaine base, commonly known as "crack" cocaine, in violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

## COUNT III

On or about August 13, 1999, in Broward County, in the Southern District of Florida, the defendant,

**FREDDIE PINCKNEY,**

did knowingly and intentionally possess with intent to distribute a Schedule II controlled substance, that is, a mixture and substance containing a detectable amount of cocaine base,

2

commonly known as "crack" cocaine, in violation of Title 21, United States Code, Section 841

(a)(1), and Title 18, United States Code, Section 2.

A TRUE BILL

_____
FOREPERSON

_____
THOMAS E. SCOTT
UNITED STATES ATTORNEY

_____
EDWARD R. RYAN
ASSISTANT U.S. ATTORNEY

3

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

UNITED STATES OF AMERICA          CASE NO. _____

v.

FREDDIE PINCKNEY                  **CERTIFICATE OF TRIAL ATTORNEY\***

_____

**Court Division**: (Select One)

**Superseding Case Information**:
New Defendant(s)          Yes ____    No ____
Number of New Defendants
Total number of counts          _____

____ Miami    ____ Key West
_X_  FTL    ____ WPB ____ FTP

I do hereby certify that:

1.    I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2.    I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3.    Interpreter:          (Yes or No) __NO_____
List language and/or dialect    ____English_____

4.    This case will take __2__ days for the parties to try.

5.    Please check appropriate category and type of offense listed below:
(Check only one)                    (Check only one)

| | | | | | |
|---|---|---|---|---|---|
| I | 0 to 5 days | _X_ | Petty | _____ | |
| II | 6 to 10 days | _____ | Minor | _____ | |
| III | 11 to 20 days | _____ | Misdem. | _____ | |
| IV | 21 to 60 days | _____ | Felony | _X_ | |
| V | 61 days and over | _____ | | | |

6.    Has this case been previously filed in this District Court? (Yes or No) __No__
If yes:
Judge: _____    Case No. _____
(Attach copy of dispositive order)

Has a complaint been filed in this matter?(Yes or No) _____No_____
If yes:
Magistrate Case No.    _____
Related Miscellaneous numbers:_____
Defendant(s) in federal custody as of_____
Defendant(s) in state custody as of _____
Rule 20 from the _____    District of _____

Is this a potential death penalty case? (Yes or No) _____No_____

7.    Does this case originate from a matter pending in the U. S. Attorney's Office prior to April 1, 1999? ___ Yes _X_ No If yes, was it pending in the Central Region? ____ Yes __ No

_____
EDWARD R. RYAN
ASSISTANT UNITED STATES ATTORNEY
Court Bar No. A500053

\*Penalty Sheet(s) attached                    REV.4/7/99

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
# PENALTY SHEET

Defendant's Name: FREDDIE PINCKNEY                     No.:_____

Count # I:

Conspiracy to Possess with Intent to Distribute Crack Cocaine; in violation of 21 USC 846

_____

*Max Penalty: 5 years' minimum mandatory imprisonment; 40 years' maximum;

  $2 Million fine

Count # II:

Possession with Intent to Distribute Crack Cocaine;

in violation of 21 USC 841 and 18 USC 2

*Max Penalty:5 years' minimum mandatory imprisonment; 40 years' maximum;

$2 Million fine

Count # III:

Possession with Intent to Distribute Crack Cocaine;

in violation of 21 USC 841 and 18 USC 2

*Max Penalty:5 years' minimum mandatory imprisonment; 40 years' maximum;

$2 Million fine

Count #:

_____

_____

*Max Penalty:

Count # :

_____

_____

*Max Penalty:

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms or forfeitures that may be applicable.**

REV. 12/12/96