AO 442 (Rev. 12/85) Warrant for Arrest   AUSA EDWARD RYAN   SPECIAL AGENT TODD PHILLIPS (305) 590-4451

# United States District Court

SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

V.

FREDDIE PINCKNEY

## WARRANT FOR ARREST

CASE NUMBER 00-6005-CR-DIMITROULEAS
MAGISTRATE JUDGE SNOW

TO: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest     FREDDIE PINCKNEY
                                        Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☒ Indictment   ☐ Information   ☐ Complaint   ☐ Order of court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him or her with (brief description of offense) Conspiracy to possess with Intent to Distribute Crack Cocaine and Possession with Intent to Distribute Crack Cocaine,

in violation of Title 21;18 United States Code, Section(s) 846; 841(a)(1) ; 2.

CLARENCE MADDOX
Name of Issuing Officer

*(signature)* Jenny Butler
Signature of Issuing Officer

Bail fixed at $ Pretrial Detention requested

COURT ADMINISTRATOR\CLERK OF THE COURT
Title of Issuing Officer

January 13, 2000 Fort Lauderdale, Florida
Date and Location

by Lurana S. Snow, Chief United States Magistrate Judge
Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

# BOND RECOMMENDATION SHEET

<u>   FREDDIE PINCKNEY   </u>
Defendant

$ Pretrial Detention is recommended.

_____
EDWARD RYAN
ASSISTANT UNITED STATES ATTORNEY
500 EAST BROWARD BOULEVARD, 7TH FL
FORT LAUDERDALE, FLORIDA 33394
COURT BAR NO. A500053
TELEPHONE: (954) 356-7255 EXT. 3514
FACSIMILE: (954) 356-7228

Address of Defendant:

Agent: Todd Phillips, DEA