DEFT: FREDDIE PINCKNEY (J)        CASE NO: 00-6005-CR-Dimitrouleas

AUSA: Ed Ryan *present*           ATTNY:

AGENT: DEA                        VIOL: 21:846; 841(a)(1)

PROCEEDING: I/A on Sealed Indictment    BOND REC: PTD

BOND HEARING HELD - yes/no        COUNSEL APPOINTED:

____ BOND SET @ _____

CO-SIGNATURES:

*FILED JAN 21 2000 — CLARENCE MADDOX, CLERK U.S. DIST. CT. S.D. OF FLA. FT. LAUD.*

SPECIAL CONDITIONS:

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed /or ___ x's a week/month by phone; ___ x's a week/month in person.
5) Random urine testing by Pretrial Services. Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew:
11) Travel extended to:
12) ___ Halfway House ___ Electronic Monitoring

Indictment unsealed.
△ - advised of charge
△ - sworn for counsel

NEXT COURT APPEARANCE:     DATE:        TIME:       JUDGE:
INQUIRY RE COUNSEL:
(PTD) BOND HEARING:        1-26-00      2:30pm      BSS ✓
PRELIM/(ARRAIGN.) OR REMOVAL: 1-26-00   2:30pm      BSS ✓
STATUS CONFERENCE:

DATE: 1-21-00    TIME: 11:00    TAPE # 00-005  PG # 9
                                        3393