**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO: 00-6005-CR-Dimitrouleas

UNITED STATES OF AMERICA

Plaintiff.

v.

FREDDIE PINCKNEY
Defendant

FILED BY ___ D.C.

JAN 21 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

ORDER ON INITIAL APPEARANCE

Language ___English___

Tape No. __00- 005__

AUSA ___Ed Ryan___

Agent ___DEA___

The above-named defendant having been arrested on _____ _____, having
appeared before the court for initial appearance on _____,
and proceedings having been held in accordance with F.R.C.P. 5 or 40(a), it is thereupon
ORDERED as follows:

1  _____ appeared as permanent/temporary counsel of record.

Address: _____

Zip Code: _____   Telephone: _____

2  _CJA — David Hodge_ appointed as permanent counsel of record.

Address: _____

Zip Code: _____   Telephone: _____

3. The defendant shall attempt to retain counsel and shall appear before the court at _____ on

_____

4. Arraignment/Removal Hearing/Identity Hearing is set for _1 — 26 - 00_, 19__ 2:30 pm

5. The defendant is held in temporary pretrial detention pursuant to 18 U.S.C. 3142(d) or (f) because _____

A detention hearing, pursuant to 18 U.S.C. 3142(f), is set for _1 — 26 - 00_ 19__ 2:30 pm

6. The defendant shall be released from custody upon the posting of the following type of appearance bond
pursuant to 18: U.S.C. 3142:

_PTD Requested_

This bond shall contain the standard conditions of bond printed in the bond form of this Court and, in
addition, the defendant must comply with the special conditions checked below:

____ a. Surrender all passports and travel documents to the Pretrial Services Office of the Court.

____ b. Report to Pretrial Services as follows: _____ times a week by phone _____ times a week in
person; other: _____

____ c. Submit to random urine testing by Pretrial Services for the use of non-physician-prescribed substances
prohibited by law.

____ d. Maintain or actively seek full-time gainful employment.

____ e. Maintain or begin an educational program.

____ f. Avoid all contact with victims of or witnesses to the crimes charged.

____ g. Refrain from possessing a firearm, destructive device or other dangerous weapon.

____ h. Comply with the following curfew: _____

—1—

SD/F M-1
Rev.12/95

_____ i. Comply with the following additional special conditions of this bond: _____

_____  _____  _____          _____          _____

_____  _____          _____          _____

This bond was set :   At Arrest          _____

On Warrant          _____

After Hearing      _____

If bond is changed from that set in another District, the reason pursuant to Rule 40(f) is _____

_____  ____  _____          _____          _____

_____          _____          _____

__ If this space is checked, an evidentiary hearing pursuant to *United States v. Nebbia*, 357, F.2d 303 (2 Cir. 1966) shall be held prior to the posting of the bond. Such hearing shall be scheduled promptly upon notification to the court that the defendant is ready to post bond.

7.  The defendant has been advised by the court that if he or she is released on bond pursuant to the conditions set forth herein or those later ordered by the court, the defendant is subject to arrest and revocation of release and to various civil and criminal sanctions for any violation of those conditions. These various sanctions and penalties are set forth more fully in the Appearance Bond itself.

8.  The defendant is committed to the custody of the United States Marshal until an appearance bond has been executed in accordance with this or subsequent court order.

DONE AND ORDERED at Ft. Lauderdale this 21st   day of _____January_____ .20 00 .

_____
UNITED STATES MAGISTRATE JUDGE

DISTRIBUTION:
    WHITE to Court file
    BLUE to defendant
    GREEN to Assistant U.S. Attorney
    YELLOW to Counsel
    PINK to U.S. Marshal
    GOLD to Pretrial Services

SD F M-1
Rev 01/00