COURT MINUTES
U.S. MAGISTRATE JUDGE BARRY S. SELTZER - FORT LAUDERDALE

DEFT: Freddie Pinckney (J)#             CASE NO: 00-6005-CR-Dimitrouleas
AUSA: Ed Ryan  present                  ATTNY: (CJA) David Hodge
AGENT: _____                          VIOL: _____ present
PROCEEDING: Arraignment/PTD HEARING     BOND REC: _____

BOND HEARING HELD — (yes)/no            COUNSEL APPOINTED: _____

___ BOND SET @ _____

CO-SIGNATURES: _____

SPECIAL CONDITIONS: _____

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed./or ___ x's a week/month by phone; ___ x's a week/month in person.
5) Random urine testing by Pretrial Services. Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew: _____
11) Travel extended to: _____
12) ___ Halfway House _____
    ___ Electronic Monitoring _____

Reading of indictment waived
Not Guilty plea entered
Jury trial demanded
Standing Discovery Order requested

DEA Agent - Rob Harvey
DEA Sutton

PTD Ordered

FILED ___ D.C.
JAN 2 6 ___
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

NEXT COURT APPEARANCE:  DATE:         TIME:       JUDGE:
INQUIRY RE COUNSEL: _____
PTD/BOND HEARING: _____
PRELIM/ARRAIGN. OR REMOVAL: _____
STATUS CONFERENCE:       2-10-00      11:00am     LSS      8

DATE: 1-26-00    TIME: 2:30pm    TAPE # 00-00
                 ends: 3:30pm           981-1800    PG #