

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6005-CR-Dimitrouleas

UNITED STATES OF AMERICA

vs

Freddie Pinckney

ARRAIGNMENT INFORMATION SHEET

The above named Defendant appeared before Magistrate Judge Barry S Seltzer on 1-26-00, where the Defendant was arraigned and plea of NOT GUILTY was entered. Defendant and court-appointed/retained counsel of record will be noticed for trial by the District Court Judg assigned to this case. The following information is current as of this date

DEFENDANT:   Address: IN CUSTODY

Telephone:

DEFENSE COUNSEL:   Name: DAVID HODGE

Address:

Telephone:

BOND SET/CONTINUED:   $ CONT'D IN CUSTODY

Bond hearing held: yes____ no____ Bond hearing set for_____

Dated this 26 day of January, 20 00.

CLARENCE MADDOX
COURT ADMINISTRATOR/ CLERK

By: _____
Deputy Clerk

Tape No. 00-009

cc: Clerk for Judge
    U. S. Attorney

