UNITED STATES DISTRICT COURT
Southern District of Florida

U.S. Marshal # S5161-004

UNITED STATES OF AMERICA )
Plaintiff ) Case Number: CR 00-6005-CR-WPD
)  REPORT COMMENCING CRIMINAL
-vs- )           ACTION
)
Freddie Pinkney )
Defendant )

FILED by _____ D.C.
FEB -2 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

TO: Clerk's Office    MIAMI    FT. LAUDERDALE    W. PALM BEACH
U.S. District Court           (circle one)

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN
MAGISTRATES COURT ABOVE

All items are to be completed. Information not applicable or unknown will be indicated "N/A".

(1) Date and Time of Arrest: 1/20/00  9:30  AM

(2) Language Spoken: English

(3) Offense(s) Charged: PWID

(4) U.S. Citizen [X] Yes  [ ] No  [ ] Unknown

(5) Date of Birth: 9/12/79

(6) Type of Charging Document: (check one)
[X] Indictment  [ ] Complaint  To be filed/Already filed
Case# _____

[ ] Bench Warrant for Failure to Appear
[ ] Probation Violation Warrant
[ ] Parole Violation Warrant

Originating District: _____

COPY OF WARRANT LEFT WITH BOOKING OFFICER  [ ] YES [ ] NO

Amount of Bond: $_____
Who set Bond: _____

(7) Remarks: _____

(8) Date: _____   (9) Arresting Officer: _____

(10) Agency: _____   (11) Phone: _____

(12) Comments: _____