## HONORABLE MAGISTRATE JUDGE LURANA S. SNOW

### STATUS CONFERENCE

(USM do not bring defendants for status hearing)

DEFT __JAMES FRANCIS__  CASE NO: __00-6011-CR-FERGUSON__
AUSA __ED RYAN / Thompson__  ATTY __MIKE ZELMAN__  pres  tape 00-009

*opposed* Disc out — no pending motions @ 582
M/ to change bond pending

DEFT __FREDDIE PINCKNEY__  CASE NO: __00-6005-CR-DIMITROULEAS__
AUSA __ED RYAN / Thompson__  ATTY __DAVID HODGE__ — in trial

Disc out — 2 day trial. — No pending motion.  @ 634

DEFT __KENTORICE WILLIAMS, etal__  CASE NO: __00-6010-CR-FERGUSON__
AUSA __ED RYAN / Thompson__  ATTY __CHRIS GRILLO__  pres
MICHAEL SMITH, ESQ. FOR VINCENT HUNTER  Smith stood in

disc out — Not rec'd yet by cnsl  @ 1764
DEFT trial March 6  M/ due 2/28  CASE NO:
AUSA possible plea  ATTY

DEFT _____  CASE NO: _____
AUSA _____  ATTY _____

DEFT _____  CASE NO: _____
AUSA _____  ATTY _____

DATE __2-10-00__  TIME __11:00__

