UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 00-6005-CR-DIMITROULEAS

UNITED STATES OF AMERICA,          :

      Plaintiff,              :

v.                                 :

FREDDIE PINCKNEY,                  :

      Defendant.              :



### STATUS REPORT

A status conference was held in this cause on February 10, 2000. At that conference, the parties informed the Court as follows:

1. Discovery has been provided and no motions are pending.

2. This case is ready for trial, however, counsel for the defendant is involved in a federal trial in Miami that is expected to last for several weeks.

DATED at Fort Lauderdale, Florida, this 11th day of February, 2000.

                                LURANA S. SNOW
                           CHIEF UNITED STATES MAGISTRATE JUDGE

Copies to:
AUSA Edward Ryan (FTL)
David Hodge, Esq.

