UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

CASE NO. 00-6005-CR-WPD

    Plaintiff,

vs.

FREDDIE PINCKNEY,

    Defendants.



## MOTION TO CONTINUE

Defendant Freddie Pinckney, by and through undersigned counsel, respectfully requests this Honorable Court to grant a continuance in this matter and in support thereof says:

1. That the trial of this cause is set for trial period beginning February 28, 2000 and the calendar call is February 28, 2000.

2. This is the first time this case has been set on the calendar.

3. Undersigned counsel has been in trial in *USA v. Kenneth Williams et. al.* 99-125-Cr-Moore. This case is expected to last five more weeks.

4. Undersigned counsel has not completed discovery in this cause and needs more time to prepare.

### LOCAL RULE 88.9 CERTIFICATE

I HEREBY CERTIFY that I have discussed this request with Ed Ryan, Esq., the AUSA prosecuting this case, and he has no objection to this motion.

THEREFORE, Defendant Freddie Pinckney request that this Honorable Court grant this motion to continue trial date.

1



I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this 17h day of February, 2000 to: Ed Ryan, Esquire, A.U.S.A., 500 East Broward Blvd., Suite 700 Ft. Lauderdale, Florida 33301;

                       Respectfully submitted,

                    DAVID P. HODGE
                    727 Northeast Third Avenue
                    Suite 100
                     Fort Lauderdale, Florida 33304
                  (954) 462-6145
                  Fax (954) 462-4393

            BY: _____
                    David P. Hodge
                    FBN 478008