```
                                    UNITED STATES DISTRICT COURT
                                    SOUTHERN DISTRICT OF FLORIDA
UNITED STATES OF AMERICA
                                    CASE NO. 00-6005-CR-WPD
       Plaintiff,

vs.

FREDDIE PINCKNEY

       Defendant.
_____
```

## MOTION TO CONTINUE

Defendant Freddie Pinckney, by and through undersigned counsel, respectfully requests this Honorable Court to grant a continuance in this matter and in support thereof says:

1. That the trial of this cause is set for the trial period beginning March 20, 2000 and the calendar call is March 17, 2000.

2. This is the second time this case has been set on the calendar.

3. Undersigned counsel has been trial five days a week for the past five weeks in *USA v. Baker et. al.* 99-125-Cr-Moore.

4. There are ongoing discussions which will result in a change of plea in this case.

LOCAL RULE 88.9 CERTIFICATE

I HEREBY CERTIFY that I have telephoned Ed Ryan, the AUSA prosecuting this case, and left a message after hours regarding this request.

WHEREFORE, Defendant Freddie Pinckney request that this Honorable Court grant this motion to continue trial date.

1



Court grant this motion to continue trial date.

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this 13th day of March, 2000 to: Ed Ryan, Esquire, A.U.S.A., 500 East Broward Blvd., Suite 700 Ft. Lauderdale, Florida 33301.

                              Respectfully submitted,

                              DAVID P. HODGE
                              727 Northeast Third Avenue
                              Suite 100
                              Fort Lauderdale, Florida 33304
                              (954) 462-6145
                              Fax (954) 462-4393

BY: _____
                      David P. Hodge
                      FBN 478008