# CRIMINAL MINUTES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**HONORABLE WILLIAM P. DIMITROULEAS**

FILED by _____ D.C.
MAR 17 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

CASE NUMBER: 00-6005-CR-WPD      DATE: March 17, 2000

COURTROOM CLERK: Karen A. Carlton     COURT REPORTER: Bob Ryckoff

PROBATION: _____           INTERPRETER: _____

UNITED STATES OF AMERICA    VS.    Freddie Pinckney

U.S. ATTORNEY: Ed Ryan               DEFT. COUNSEL: David Hodge, Esq.
                                     Paul Hodge on orig. to Hodge

REASON FOR HEARING: Calendar Call / Status Conf.

RESULT OF HEARING: Deft's Motion to Continue is Granted. Case to be reset. Time from today until trial is deemed Excludable.

JUDGMENT: _____

CASE CONTINUED TO: 3/31/00        TIME: 9:00      FOR: Cal. Call
MISC: 4/3/00                            9:00           2 week trial period

