## CRIMINAL MINUTES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**HONORABLE WILLIAM P. DIMITROULEAS**

FILED by _JD_ D.C.
MAR 31 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

CASE NUMBER: 00-6005-CR-WPD   DATE: March 31, 2000

COURTROOM CLERK: Karen A. Carlton   COURT REPORTER: Bob Ryckoff

PROBATION: _____   INTERPRETER: _____

UNITED STATES OF AMERICA vs. Freddie Pinckney

U.S. ATTORNEY: Ed Ryan   DEFT. COUNSEL: David Hodge

REASON FOR HEARING: Change of plea

RESULT OF HEARING: Deft sworn & questioned by the Court - Wants to enter guilty plea to Count 1, Govt to Dismiss Counts 2 & 3 at Sentencing. Court accepts guilty plea.

JUDGMENT: _____

CASE CONTINUED TO: 6/9/00   TIME: 11:15   FOR: Sentencing
MISC: Written plea agreement filed.