## CRIMINAL MINUTES

### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF FLORIDA
### HONORABLE WILLIAM P. DIMITROULEAS



CASE NUMBER: 00-6005-CR-WPD  DATE: June 8, 2000

COURTROOM CLERK: Karen A. Carlton    COURT REPORTER: Bob Ryckoff

PROBATION: _____    INTERPRETER: _____

UNITED STATES OF AMERICA    VS. Freddie Pinckney

U.S. ATTORNEY: E. Ryan    DEFT. COUNSEL: DAVID Hedge

REASON FOR HEARING: Sentencing

RESULT OF HEARING: Sentence Imposed:
70 months BOP, 5 years Supervised
Release, no fine, $100.00 assessment.

JUDGMENT: _____

CASE CONTINUED TO: _____ TIME: _____ FOR: _____

MISC: Deft advised of right to appeal.

