DEFENDANT: **FREDDIE PINCKNEY**
CASE NUMBER: **0:00CR06005-001**

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of __70__ __month(s)__.

☒ The court makes the following recommendations to the Bureau of Prisons:

**That the defendant receive drug treatment while in prison and that he be designated as close to Fort Lauderdale, Florida as possible.**

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

    ☐ at _____ a.m./p.m. on _____.

    ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐ before 2 p.m. on _____.

    ☐ as notified by the United States Marshal.

    ☐ as notified by the Probation or Pretrial Services Office.

FILED '00 JUN 30 A9:13

## RETURN

I have executed this judgment as follows:

Defendant delivered on __6-22-2000__ to __Federal Detention Center Miami, FL.__

at __33 NE 4 St. Miami, FL. 33128__, with a certified copy of this judgment.

Monica S. Wetzel, Warden
~~UNITED STATES MARSHAL~~

By __Ariel O. Guerrero, L.I.E.__
~~DEPUTY U.S. MARSHAL~~