PROB 12C
(SD/FL 3/05)



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 0:00CR06005-001

## PETITION FOR WARRANT OR SUMMONS FOR OFFENDER UNDER SUPERVISION

Name of Offender: **PINCKNEY, Freddie**
Name of Sentencing Judicial Officer: The Honorable William P. Dimitrouleas, Judge
                                  United States District Court, Ft. Lauderdale Division

Date of Original Sentence: June 8, 2000

Original Offense:    Conspiracy to possess with intent to distribute cocaine.  In Violation of Title 21 U.S.C. Section 846, a Class B felony.

Original Sentence:    Custody of the United States Bureau of Prisons to be imprisoned for seventy (70) months; followed by five (5) years supervised release.  Special Condition: 1. Defendant shall participate in an approved treatment program for substance abuse as directed by the U.S. Probation Officer.  **July 19, 2005: Status Report for arrest on July 7, 2005 - No Action.  November 29, 2005: Status Report on disposition of arrest on July 7, 2005 - No Action.**

Type of Supervision: Supervised Release        Date Supervision Commenced: June 10, 2005

Assistant U.S. Attorney:                     Defense Attorney:
Edward R. Ryan                               David P. Hodge

## PETITIONING THE COURT

[ ]    To issue a warrant
[X]    To issue a summons

PROB 12C  
(SD/FL 3/05)

SD/FL PACTS No. 62522

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. | **VIOLATION OF MANDATORY CONDITION,** by failing to refrain from violation of the law. On or about March 7, 2006, in Broward County, Florida, the defendant was arrested by Lauderhill Police Department and charged with Ct. 1. Disobey/Avoid Red Light, in violation of F.S. 316.075(1)(C)1. Ct. 2. Possession of cannabis less than 20 grams, in violation of F.S. 893.13-6b. Ct. 3. Tamper with or fabricate physical evidence, in violation of F.S. 918.13. Broward County Case Number 06-3942CF10A, is currently pending. |

U.S. Probation Officer Recommendation:

[X]  The term of supervision should be revoked.

[ ]  extended for _ years, for a total term of _ years.

[ ]  The conditions of supervision should be modified as follows:

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____

_____  
Gidget O. Mitchell  
U.S. Probation Officer  
Phone: 954-769-5584

THE COURT ORDERS:  
[ ]  No Action  
[X]  The Issuance of a Warrant  
[ ]  The Issuance of a Summons  
[ ]  Submit a Request for Modifying the Conditions or Term of Supervision

_____  
Signature of Judicial Officer

March 23, 2006  
Date