UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 00-6005CR-DIMITROULEAS

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

FREDDIE PINKNEY,

    Defendant.
_____/

FILED by ___ D.C.
MAG. SEC.
APR 11 2006
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

**NOTICE OF APPEARANCE**
**FOR TRIAL PURPOSES ONLY**

    COMES NOW the Law Offices of JOHN F. COTRONE, ESQ., and files this Appearance as Attorney of Record for the Defendant herein.

    I HEREBY CERTIFY that the original hereof has been furnished to the Clerk of the United States District Court, Federal Courthouse, 299 E. Broward Blvd., Ft. Lauderdale, FL 33301; and to the U.S. Attorney's Office, 500 E. Broward Blvd., Suite 700, Ft. Lauderdale, FL 33394, this 11th day of April, 2006.

JOHN F. COTRONE, P.A.
Attorney for the Defendant
509 S.E. 9th Street, Suite 1
Ft. Lauderdale, FL 33316
Tel: (954) 779-7773
Fax: (954) 779-7758

By: _____
    JOHN F. COTRONE, ESQ.
    Fla. Bar No. 0827762

