## COURT MINUTES

### U.S. MAGISTRATE JUDGE EDWIN G. TORRES - FORT LAUDERDALE, FLORIDA

DEFT: FREDDIE PINCKNEY (SURR)            CASE NO: 00-6005-CR-DIIMTROULEAS
AUSA: ED RYAN  Lindsey                   ATTY: John Cochrane Sabastien
AGENT:                                   VIOL: Cochrane
PROCEEDING: INITIAL SUPERVISED RELEASE VIOL    RECOMMENDED BOND:

FILED by ___ D.C.
MAG. SEC.
APR 11 2006
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D OF FLA. FT. LAUD.

BOND HEARING HELD - yes / no            COUNSEL APPOINTED:
BOND SET @ $50,000 PSB                  To be cosigned by:

☒ Do not violate any law.

☒ Appear in court as directed.

☒ Surrender and / or do not obtain passports / travel documents.

☒ Rpt to PTS as directed / or ____ x's a week/month by phone: ____ x's a week/month in person.

☐ Random urine testing by Pretrial Services. ____
   Treatment as deemed necessary.

☒ Maintain or seek full - time employment.

☐ No contact with victims / witnesses.

☐ No firearms.

☐ Curfew: ____

☒ Travel extended to: SD/FL

☐ Halfway House ____

1) advised of charges
Gov' req $50,000 PSB
w/home detention.
Court sets $50,000 PSB
no home detention

Final hrg before
Judge Dimitrouleas

NEXT COURT APPEARANCE:    DATE:    TIME:    JUDGE:    PLACE:
INQUIRY RE COUNSEL:
PTD/BOND HEARING:
PRELIM/ARRAIGN. OR REMOVAL:
STATUS CONFERENCE:

DATE: 4/11/06   TIME: 11:00   FTL/EGT TAPE # 06- 19   Begin: 1325   End: 1422