UNITED STATES DISTRICT COURT
Southern District of Florida

U.S. Marshal #: 55161 004

UNITED STATES OF AMERICA )
        Plaintiff        ) Case Number: CR 00-6005CR WPD
                         ) REPORT COMMENCING CRIMINAL
    -vs-                 )            ACTION
                         )
Pinkney, Freddie         )
        Defendant

TO: Clerk's Office    MIAMI   FT. LAUDERDALE   W. PALM BEACH
    U.S. District Court          (circle one)

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN
      MAGISTRATES COURT ABOVE

All items are to be completed. Information not applicable or unknown will be indicated "N/A".

(1) Date and Time of Arrest: 8am 4/11/06

(2) Language Spoken: English

(3) Offense(s) Charged: Probation Violation

(4) U.S. Citizen [X] Yes [ ] No [ ] Unknown

(5) Date of Birth: 9-12-79

(6) Type of Charging Document: (check one)
    [ ] Indictment  [ ] Complaint  To be filed/Already filed
    Case# _____

    [ ] Bench Warrant for Failure to Appear
    [ ] Probation Violation Warrant
    [X] Parole Violation Warrant

    Originating District: SFL USMS

    COPY OF WARRANT LEFT WITH BOOKING OFFICER [ ] YES

Amount of Bond: $