UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FILED by ___ D.C.
APR 27 2006
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES OF AMERICA

V.

FREDDIE PINCKNEY

CASE NO. 05-80041-CR-DIMITROULEAS
(00-6005)

TYPE OF CASE:   CRIMINAL

TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN **SET** AS FOLLOWS:

PLACE:
299 E. BROWARD BLVD.
FT. LAUDERDALE, FL 33301

**COURTROOM 205B**
DATE & TIME:
**May 1, 2006 at 9:45 AM**

TYPE OF
HEARING:   Status on Supervised Release Violation

CLARENCE MADDOX,
CLERK OF COURT

BY DEPUTY CLERK

DATE: April 27, 2006

cc:   Terry Lindsey, AUSA
      John Cotrone, Esq.
      Gidget Mitchell, USPO