# CRIMINAL MINUTES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**HONORABLE WILLIAM P. DIMITROULEAS**

FILED by _____ D.C.
MAY - 1 2006
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

CASE NUMBER: 00-6005 CR-WPD       DATE: May 1, 2006

COURTROOM CLERK: Karen A. Carlton       COURT REPORTER: ~~Bob Ryckoff~~ [illegible]

PROBATION: _____       INTERPRETER: _____

UNITED STATES OF AMERICA       VS. Freddie Pinckney

U.S. ATTORNEY: Terry Lindsey       DEFT. COUNSEL: John [illegible]

REASON FOR HEARING: First hearing on Supervised Release

RESULT OF HEARING: Violation. Deft denies allegations. Court sets evidentiary hearing for May 26 @ 8:45

CASE CONTINUED TO: 5/26/06       TIME: 8:45       FOR: Final Revocation Hrg.

MISC: _____

