**CRIMINAL MINUTES**



FILED by _____ D.C.

MAY 26 2006

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**HONORABLE WILLIAM P. DIMITROULEAS**

CASE NUMBER: _06-6005-cr-WPD_    DATE: _May 26, 2006_

COURTROOM CLERK: Karen A. Carlton    COURT REPORTER: Bob Ryckoff

PROBATION: _____    INTERPRETER: _____

UNITED STATES OF AMERICA    VS. _Freddie Pinckney_

U.S. ATTORNEY: _Terry Lindsey / Larry Bardfeld_ DEFT. COUNSEL: _John Cotrone_

REASON FOR HEARING: _Final Revocation / Sentencing a_

RESULT OF HEARING: _Supervised Release violation_
_Deft. admits violations. Supervised Release is_
_revoked. Deft. is Sentenced to 8 Months BOP._
_No further Conditions of supervised Release_
_are imposed. Deft. remanded to Custody._

CASE CONTINUED TO: _____    TIME: _____    FOR: _____

MISC: _Deft. Informed of right to Appeal._

