FILED by _____ D.C.

MAY 26 2006

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6005-CR-DIMITROULEAS

UNITED STATES OF AMERICA

VS.

FREDDIE PINCKNEY

Marshal # 55161-004

JUDGMENT & COMMITMENT UPON
REVOCATION OF SUPERVISED
RELEASE

THIS CAUSE came before the Court on the 26th day of May, 2006 for final hearing for the revocation of the defendant's Probation.

On the 8th day of June, 2000, this defendant was sentenced to a period of Incarceration followed by a period of Supervised Release imposing certain terms and conditions for the defendant to comply with. It appearing to the court that the defendant has violated the terms and conditions of his Supervised Release. It is thereupon:

ORDERED AND ADJUDGED that the Supervised Release heretofore imposed by this Court and the same is hereby REVOKED. The defendant is remanded to the custody of the U.S. Marshal.

ORDERED that the defendant is hereby committed to the custody of the Bureau of Prisons to be imprisoned for a term of **Eight (8) Months**. No further conditions of Supervised Release are imposed.

DONE AND ORDERED at the United States District Court, Fort Lauderdale, Florida this 26 day of May, 2006.

WILLIAM P. DIMITROULEAS
United States District Judge

cc:   Terry Lindsey, AUSA
      John Cotrone, Esq.
      U.S. Probation
      U.S. Marshal